ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/13/2025 5:16 PM
CHRISTOPHER A. PRINE
CLERK

## No. 15-25-00011-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/13/2025 5:16:54 PM
CHRISTOPHER A. PRINE
Clerk

# In The Fifteenth Court of Appeals in Austin, Texas

**THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,**
**THE UNIVERSITY OF TEXAS SYSTEM, AND**
**THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER,**

*Appellants,*

V.

**GENSETIX, INC.,**

*Appellee.*

---

*Arising from the 152nd District Court of Harris County, Texas*

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

---

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants The Board of Regents of The University of Texas System ("Board of Regents"), The University of Texas System ("UTS"), and The University of Texas M.D. Anderson Cancer Center ("MD Anderson") file this unopposed motion seeking **a 30-day extension of time to file Appellants' Reply Brief to September 18, 2025**. In support of this motion, Appellants show the following:

1. Appellants' Reply Brief is currently due August 19, 2025.

2. There is good cause for extending the time to file Appellants' Reply Brief. The current deadline conflicts with trial preparation for counsel for Appellants, Deanna M. Willson, who is scheduled for a two-week trial scheduled in Lubbock County starting on September 8, 2025. The current deadline also conflicts with scheduled vacation plans for key members of the Appellants' in-house team.

3. This is the first request for an extension of time to file Appellants' Reply Brief before this Court.

4. This motion is unopposed.

5. This motion is not filed for the purpose of delay. Counsel for Appellants seek this extension of time to be able to prepare a Reply to aid the Court in its analysis of the issues presented. Nor will Appellee be harmed because Appellee is unopposed to this extension request.

## Conclusion and Prayer

For these reasons, Appellants respectfully request that the Court grant an extension of time of 30-days to file Appellants' Reply Brief to September 18, 2025, and grant them any other relief to which they may be justly entitled.

145844039v1

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/ David E. Harrell*
**David E. Harrell**
State Bar No. 00793905
David.Harrell@troutman.com
*Attorney in Charge*
**Deanna Markowitz Willson**
State Bar No. 24092759
Deanna.Willson@troutman.com
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1138
Facsimile: (713) 229-2633

**OFFICE OF THE ATTORNEY GENERAL**
**Terri M. Abernathy**
Assistant Attorney General
Texas State Bar No. 24122680
Terri.abernathy@oag.texas.gov
Tel.: (512) 936-0562
Fax: (512) 320-0677
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol
Austin, TX 78711

**ATTORNEYS FOR APPELLANTS**
**THE BOARD OF REGENTS OF THE**
**UNIVERSITY OF TEXAS SYSTEM,**
**THE UNIVERSITY OF TEXAS**
**SYSTEM, and THE UNIVERSITY OF**
**TEXAS M. D. ANDERSON CANCER**
**CENTER**

3

145844039v1

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2025, a copy of the foregoing instrument was served on all counsel of record in accordance with the Texas Rules of Appellate Procedure.

/s/ *Deanna M. Willson*
Deanna M. Willson

## CERTIFICATE OF CONFERENCE

Counsel for Appellants conferred with counsel for Appellee on August 13, 2025, who stated that Appellee did not oppose this motion or the relief requested herein.

/s/ *Deanna M. Willson*
Deanna M. Willson

4

145844039v1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Santa Garcia on behalf of Deanna Willson
Bar No. 24092759
sgarcia@lockelord.com
Envelope ID: 104349654
Filing Code Description: Motion
Filing Description: Appellants' Unopposed Motion for Extension of Time to File Reply Brief
Status as of 8/14/2025 7:02 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 8/13/2025 5:16:54 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/13/2025 5:16:54 PM | SENT |
| David E.Harrell | | David.Harrell@troutman.com | 8/13/2025 5:16:54 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 8/13/2025 5:16:54 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 8/13/2025 5:16:54 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 8/13/2025 5:16:54 PM | SENT |
| Cabrach Connor | | Cab@CLandS.com | 8/13/2025 5:16:54 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 8/13/2025 5:16:54 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 8/13/2025 5:16:54 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 8/13/2025 5:16:54 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 8/13/2025 5:16:54 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 8/13/2025 5:16:54 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 8/13/2025 5:16:54 PM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 8/13/2025 5:16:54 PM | SENT |